# NO. 12-09-00449-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | |
|---|---|
| *IN THE INTEREST OF C.C.W.* *AND E.M.W., MINOR CHILDREN* | § *APPEAL FROM THE 369TH* |
| | § *JUDICIAL DISTRICT COURT OF* |
| | § *ANDERSON COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed because Appellant has failed, after notice, to pay or make arrangements to pay the trial court clerk's fee for preparing the clerk's record. Appellant appeals from a judgment signed on October 27, 2009. The clerk's record was due to have been filed on or before December 29, 2009. On December 22, 2009, the trial court clerk notified this court in writing that the clerk's record had not been filed because Appellant had not paid the fee for preparation of the record. The clerk requested an extension of time for filing the clerk's record, which was granted until January 28, 2010. On December 23, 2009, this court informed Appellant that the clerk's request for an extension of time to file the record stated that the reason for the delay in filing was due to nonpayment of the required preparation fee. Appellant was further informed that, pursuant to Texas Rules of Appellate Procedure 37.3(b) and 42.3(c), the appeal would be dismissed unless proof of full payment to the clerk was provided on or before January 4, 2010.

To date, Appellant has neither provided proof of full payment nor otherwise responded to this court's notice. Accordingly, the appeal is ***dismissed***. TEX. R. APP. P. 37.3(b), 42.3(c).

Opinion delivered January 13, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)